1
2
3
4
5

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE FELS, an individual; C.C., a minor by and through his guardian ad litem, GEORGINA PENA et al.,<br><br>                                    Plaintiffs,<br><br>v.<br><br>JOHN I. NOBEL, et al.,<br><br>                                    Defendants. | Case No.:  15cv1338 BEN (JLB)<br><br>**ORDER GRANTING PETITIONER GEORGINA PENA'S MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM**<br><br>**[ECF No. 4]** |

Presently before the Court is Petitioner Georgina Pena's motion for appointment of guardian ad litem.[1]  (ECF No. 4.)  The motion seeks a court order appointing Georgina Pena ("Petitioner" or "Ms. Pena") as guardian ad litem for her five minor grandchildren, Plaintiffs C.C., C.C., C.C., C.C., and M.F.  (*Id.*)  For the following reasons, Petitioner's motion is **GRANTED**.

## I. DISCUSSION

Pursuant to Federal Rule of Civil Procedure 17, "[a] minor . . . who does not have a duly appointed representative may sue by a next friend or by a guardian ad litem. The court must appoint a guardian ad litem – or issue another appropriate order – to protect a minor . . . who is unrepresented in an action." Fed. R. Civ. P. 17(c)(2).  An individual's capacity

---

[1] This motion was referred to Magistrate Judge Burkhardt on June 26, 2015.  (ECF No. 5.)

to sue is determined "by the law of the individual's domicile."  Fed. R. Civ. P. 17(b).  Here, all five minor Plaintiffs are domiciled in California.  (ECF No. 1 at 3.)  Under California law, an individual under the age of eighteen is a minor. Cal. Fam. Code § 6502.  A minor may bring suit as long as a guardian conducts the proceedings, and the court may appoint a guardian ad litem to represent the minor's interests. Cal. Fam. Code § 6601; Cal. Code Civ. P. § 372(a).

"A court has broad discretion in ruling on a guardian ad litem application." *Williams v. Superior Court of San Diego*, 147 Cal. App. 4th 36, 47 (2007) (citing *In re Emily R.*, 80 Cal. App. 4th 1344, 1356 (2000)).  When determining whether to appoint a particular guardian ad litem, the court must consider whether the minor and guardian have divergent interests. Cal. Code Civ. P. § 372(b)(1).

When there is no conflict of interest, the guardian ad litem appointment is usually made on an ex parte application and involves minimal exercise of discretion by the court. *Kulya v. City and County of San Francisco*, 2007 WL 760776, * 1 (N.D. Cal. 2007); *see also In re Marriage of Caballero*, 27 Cal. App. 4th 1139, 1149 (1994).  When choosing a guardian ad litem for a civil lawsuit, the most important issue is protection of the minor's interest in the litigation. *Williams*, 147 Cal. App. 4th at 47.

Here, Plaintiffs C.C., C.C., C.C., C.C., and M.F. are all under the age of eighteen. (*See* ECF No. 1 at 3.)  Therefore, their ability to bring suit is contingent upon appointment by the court of a guardian ad litem.  Plaintiffs' grandmother, Georgina Pena, states that she is "competent and willing to act as guardian ad litem for the minor children."  (ECF No. 4 at 2.)  Ms. Pena is not herself a party to the lawsuit and, upon review of the complaint, does not appear to have any interests in conflict with the minor Plaintiffs she seeks to represent.[2] (*See* ECF No. 1.)  The Court finds that Ms. Pena is qualified to serve as guardian ad litem

---

[2] The Court notes that the mother of the five minor Plaintiffs - Lorraine Fels - is a party to the lawsuit. (*See* ECF No. 1 at 3.)

for her five minor grandchildren and that the appointment of the proposed guardian ad litem will be in the minors' best interests.   Accordingly, Ms. Pena's appointment as guardian ad litem for Plaintiffs C.C., C.C., C.C., C.C., and M.F. is appropriate.

## II. CONCLUSION

Petitioner's motion for appointment of guardian ad litem is hereby **GRANTED**. Georgina Pena is appointed to act as guardian ad litem for minor Plaintiffs C.C., C.C., C.C., C.C., and M.F., and is authorized to prosecute this action on their behalf.

**IT IS SO ORDERED.**

Dated:  July 13, 2015

Hon. Jill L. Burkhardt
United States Magistrate Judge

3

15cv1338 BEN (JLB)